John D. Alessio (Bar No. 174900)
E-mail:       john.alessio@procopio.com
Lisel M. Ferguson (Bar No. 207637)
E-mail:       lisel.ferguson@procopio.com
PROCOPIO, CORY, HARGREAVES &
    SAVITCH LLP
525 B Street, Suite 2200
San Diego, CA  92101
Telephone: 619.238.1900
Facsimile: 619.235.0398

Attorneys for Defendants
Fishpond.com, Inc., a Corporation

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUMINENCE, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>FISHPOND.COM, INC., a corporation,<br><br>        Defendants. | Case No. '17CV2202 BTM BGS<br><br>**ANSWER TO COMPLAINT**<br><br>[JURY TRIAL DEMANDED] |

Defendant FISHPOND.COM, INC. ("Defendant") hereby submits the following answer and affirmative defenses to the Complaint ("Complaint") filed by Plaintiffs LUMINENCE, LLC ("Plaintiffs"):

This Answering Defendant, for itself and no other, denies, generally and specifically, any and all allegations of the Complaint which are not expressly admitted or denied hereinafter.  It is not intended that there be any admission by silence or omission as to any allegations of the Complaint.  This Answering Defendant hereafter responds to each of the sections of Plaintiff's Complaint exactly as it is set forth in utilizing the Plaintiff's headings.

## SUBSTANCE OF THE ACTION

1. FISHPOND.COM denies each and every allegation contained in paragraph 1.

2. Defendant is without sufficient knowledge or information to form a

belief as to the truth of the allegations and on that basis denies each and every allegation contained in paragraph 2.

3. FISHPOND.COM denies each and every allegation contained in paragraph 3. FISHPOND.COM is a corporation duly organized and existing under the laws of Washington and has a supply warehouse located at 4928 Zambrano Street, Commerce, CA 90040. FISHPOND.COM. denies

4. The Complaint does not contain a paragraph 4.

5. FISHPOND.COM denies each and every allegation contained in paragraph 5 as there is only one defendant alleged.

## JURISDICTION AND VENUE

6. FISHPOND.COM admits that Plaintiff purports to allege claims related to copyright infringement. FISHPOND.COM admits that copyright infringement is a federal question and that this Court has subject matter jurisdiction over this action. FISHPOND.COM denies that these claims have merit.

7. FISHPOND.COM admits that this Court may exercise personal jurisdiction over it for the allegations in the Complaint. FISHPOND.COM admits that it is doing business in California and has a supply warehouse within California. FISHPOND.COM denies each and every remaining allegation contained in paragraph 7.

8. FISHPOND.COM admits that venue is proper in this District. FISHPOND.COM is without sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained in paragraph 8.

## FACTS COMMON TO ALL CLAIMS FOR RELIEF

A. Plaintiff's Business

9. FISHPOND.COM is without sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained in paragraph 9.

10. FISHPOND.COM is without sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained in paragraph 10.

11. FISHPOND.COM is without sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained in paragraph 11.

12. FISHPOND.COM denies that the "Copyrighted Work" was attached as Exhibit A. FISHPOND.COM is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations and on that basis denies each and every remaining allegation contained in paragraph 12.

13. FISHPOND.COM admits that Plaintiff has attached a document as Exhibit B. FISHPOND.COM is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations and on that basis denies each and every remaining allegation contained in paragraph 13.

14. FISHPOND.COM is without sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained in paragraph 14.

B. <u>Defendant's Unlawful Activities</u>

15. FISHPOND.COM admits that it has fiber optic hair accessories for sell on its website. FISHPOND.COM obtains the products it sells from reseller and suppliers. FISHPOND.COM sells its products as it receives them. FISHPOND.COM denies each and every remaining allegation contained in paragraph 15.

16. FISHPOND.COM is without sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained in paragraph 16.

17. FISHPOND.COM is without sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis denies each and every

ANSWER TO COMPLAINT
DOCS 999999-906049/3124211.2         CASE NO. '17CV2202 BTM BGS

1 allegation contained in paragraph 17.

2  18.  FISHPOND.COM is without sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained in paragraph 18.

 19.  FISHPOND.COM denies receiving the letter.  FISHPOND.COM is without sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained in paragraph 19.

 20.  FISHPOND.COM denies its packaging contains an infringing copy of the Copyrighted Work.  FISHPOND.COM admits having Glowbys for sell on its site, but denies selling any Glowbys products.  FISHPOND.COM is without sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained in paragraph 20.

 21.  FISHPOND.COM admits having Glowbys for sell on its site, but denies selling any Glowbys products.  FISHPOND.COM is without sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained in paragraph 21.[1]

 22.  FISHPOND.COM is without sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained in paragraph 22.

 21.  FISHPOND.COM denies each and every allegation contained in paragraph 21.  FISHPOND.COM denies receiving any notices or demands.

 22.  FISHPOND.COM denies having an opportunity to respond before receiving the Complaint.  FISHPOND.COM denies each and every allegation contained in paragraph 22.

---

[1] Please note that the Complaint contains two paragraphs for numbers 21 and 22.

## FIRST CLAIM FOR RELIEF
## DIRECT COPYRIGHT INFRINGEMENT
## (17 U.S.C. § 101 et seq.)

23. FISHPOND.COM incorporates its responses to each and every allegation contained in paragraphs 1 through 22 with the same force and effect as if fully set forth herein.

24. FISHPOND.COM is without sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained in paragraph 24.

25. FISHPOND.COM denies creating, reproducing, or packaging any of the products on its site. FISHPOND.COM resells the products on its site as received from its suppliers. FISHPOND.COM is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations and on that basis denies each and every remaining allegation contained in paragraph 25.

26. FISHPOND.COM denies each and every allegation contained in paragraph 26.

27. FISHPOND.COM denies each and every allegation contained in paragraph 27.

28. FISHPOND.COM is without sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained in paragraph 28. FISHPOND.COM denies the merit of these claims.

29. FISHPOND.COM denies willful infringement of the Copyrighted Work. FISHPOND.COM is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations and on that basis denies each and every remaining allegation contained in paragraph 29.

30. FISHPOND.COM denies causing injury to Plaintiff. FISHPOND.COM is without sufficient knowledge or information to form a belief as to the truth of the

remaining allegations and on that basis denies each and every remaining allegation contained in paragraph 30.

31. To the extent any allegations of the Complaint are not addressed above, they are denied.

## DEFENSES

In further response to the Complaint, and without admitting that it bears the burden of proof on such allegations, FISHPOND.COM alleges as follows:

### FIRST AFFIRMATIVE DEFENSE

1. Plaintiff's Complaint fails to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

2. FISHPOND.COM did not copy or intentionally misappropriate the photo depicted in Registration No. VA 1-897-465.

### THIRD AFFIRMATIVE DEFENSE

3. Invalid registration of the copyright

### FOURTH AFFIRMATIVE DEFENSE

4. The alleged Copyrighted Work is not fixed in a tangible medium of expression.

### FIFTH AFFIRMATIVE DEFENSE

5. Plaintiff is not the rightful owner of the Copyrighted Work.

### SIXTH AFFIRMATIVE DEFENSE

6. The alleged Copyrighted Work is in the public domain.

### SEVENTH AFFIRMATIVE DEFENSE

7. Defendant's packaging displays an independent creation.

### EIGHTH AFFIRMATIVE DEFENSE

8. Any use of the Copyrighted Work was fair use.

### NINTH AFFIRMATIVE DEFENSE

9. Any use of the Copyrighted Work was de minimis.

## **PRAYER FOR RELIEF**

1. Dismiss Plaintiff's claims with prejudice;

2. Award FISHPOND.COM its costs of suit, including its reasonable attorney's fees to the extent permitted by law; and

3. Grant such other relief as the Court deems just.

## **JURY DEMAND**

FISHPOND.COM requests a Jury Trial in this matter.

DATED: November 20, 2017         PROCOPIO, CORY, HARGREAVES & SAVITCH LLP

By: s/Lisel M. Ferguson
John D. Alessio
Lisel M. Ferguson
Attorneys for Defendants
Fishpond.com, Inc., a Corporation

# **CERTIFICATE OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is PROCOPIO, CORY, HARGREAVES & SAVITCH LLP, 525 "B" Street, Suite 2200, San Diego, California 92101. On **November 20, 2017**, I served the foregoing document.

☑   *(Federal)* **BY CM/ECF NOTICE OF ELECTRONIC FILING** by causing such document(s) listed above to be served through this Court's electronic transmission facilities via the Notice of Electronic Filing (NEF) and hyperlink, to the parties and/or counsel who are determined this date to be registered CM/ECF users set forth in the service list obtained from this Court on the Electronic Mail Notice List.

☑   *(Federal)* I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 20, 2017, at **San Diego**, California.

>    s/Lisel M. Ferguson
>    Lisel M. Ferguson