Matthew H. Capron (Bar No. CA 303941)
Capron Law Offices
2220 Otay Lakes Rd Suite 502-92
Chula Vista, CA 91915
Tel: (619) 869-8181
Fax: (619) 638-8181
Email: mattcapron@yahoo.com

Attorneys for Plaintiff Luminence, LLC,

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUMINENCE, LLC,<br><br>    Plaintiff,<br><br>  vs.<br><br>FISHPOND.COM INC., a corporation,<br><br>    Defendants. | CASE NUMBER: 3:17-cv-02202-BTM-BGS<br><br>JOINT STIPULATION FOR DISMISSAL |

## **STIPULATION**

  Pursuant to *Fed. R. Civ. Pro.* 41(a)(1), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorney's fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

///

///

///

Dated: February 1, 2018

Respectfully submitted,
CAPRON LAW OFFICES

By: s/Matthew Capron
MATTHEW CAPRON

Attorneys for Luminence, LLC
email: mattcapron@yahoo.com

Dated: February 1, 2018

Respectfully submitted,
PROCOPIO, CORY, HARGREAVES &
SAVITCH LLP

By: s/Tiffany Salayer
TIFFANY SALAYER

Attorneys for Fishpond.com, Inc.
email: tiffany.salayer@procopio.com

# CERTIFICATE OF SERVICE

I hereby certify the following: I am over the age of 18 years and am not a party to the above-captioned action. I am a registered user of the CM/ECF system for the United States District Court for the Southern District of California.

On February 1, 2018, I electronically served the attached document by CM/ECF to all parties and/or attorneys, who are registered users of the CM/ECF system.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: February 1, 2018          CAPRON LAW OFFICES

By: s/Matthew Capron
MATTHEW CAPRON

Attorneys for Luminence, LLC
email: mattcapron@yahoo.com