# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUMINENCE, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> FISHPOND.COM INC., a corporation, <br><br> Defendants. | CASE NUMBER: 3:17-cv-02202-BTM-BGS <br><br> **ORDER OF DISMISSAL** |

The parties' joint motion to dismiss the action with prejudice is **GRANTED**. Fed. R. Civ. P. 41(a). Each party shall bear its own costs and attorneys fees.

**IT IS SO ORDERED.**

DATED: February 12, 2018

*/s/ Barry Ted Moskowitz*
_____
HONORABLE BARRY TED MOSKOWITZ
UNITED STATES DISTRICT JUDGE